United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| CECILIA BENAVIDES, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-21 |
| | § | |
| HOMESITE INSURANCE COMPANY, | § | |
|     Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion to Remand, (Dkt. No. 3), for which United States Magistrate Judge Brian C. Bajew provided a Report and Recommendation. (Dkt. No. 8). In his report and recommendation, Judge Bajew recommends that the Court grant Plaintiff's Motion to Remand because the Court lacks subject matter jurisdiction under 28 U.S.C. § 1332, given that the amount in controversy requirement for diversity jurisdiction is not satisfied. (*Id.* at 4).

Under 28 U.S.C. § 1332(a)(1), diversity jurisdiction exists where the amount in controversy exceeds $75,000, and the parties are citizens of different states. 28 U.S.C. § 1332(a)(1). Since Plaintiff has stipulated to limiting her recovery to $74,999.99, the amount in controversy requirement is not satisfied. Therefore, the Court lacks subject matter jurisdiction under 28 U.S.C. § 1332. (Dkt. No. 8 at 4).

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court reviewed the report and recommendation for clear error. *Moore v. Ford Motor Co.*, 755 F.3d 802, 808 (5th Cir. 2014). Finding none, the Court hereby **ADOPTS IN WHOLE** the report and recommendation. Accordingly, Plaintiff's Motion to Remand, (Dkt. No. 3), is **GRANTED** and the case be **REMANDED** to the 49th Judicial Court of Webb County, Texas.

It is so **ORDERED**.

**SIGNED** on June 15, 2026.

_____
John A. Kazen
United States District Judge